# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

KELLY BROWN                                                        CIVIL ACTION

VERSUS                                                           17-591-SDD-EWD

BROWN, ET AL.

## RULING

The Court, after carefully considering the *Complain*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 25, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action is hereby DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise of supplemental jurisdiction over any potential state law claims.

Signed in Baton Rouge, Louisiana the 22 day of November, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.